IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GABRIELA CABARCAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03960 |
| | § | |
| JENNA ENTERPRISES LLC, | § | |
| d/b/a NEW ERA INNOVATIONS, | § | |
| and ZEESHAN ALI, | § | |
| | § | |
| Defendants. | § | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, GABRIELA CABARCAS (hereinafter sometimes referred to as "Plaintiff"), by and through her undersigned counsel, hereby sues Defendants, JENNA ENTERPRISES LLC, d/b/a NEW ERA INNOVATIONS and ZEESHAN ALI (hereinafter sometimes referred to as "Defendants"), and in support thereof states as follows:

## INTRODUCTION

1. This is an action by Plaintiff against her former employers pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq*.

2. Plaintiff seeks damages pursuant to 29 U.S.C. 216(b), including without limitation, unpaid overtime, liquidated damages, and reasonable attorney's fees and costs.

## JURISDICTION

3. This claim is properly before this Court pursuant to 28 U.S.C. § 1331, since this claim arises under federal law, and by the private right of action conferred in 29 U.S.C.

1

§ 216(b).

## VENUE

4.    Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because Defendant ZEESHAN ALI resides in Fort Bend County, Texas and Defendant JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS' principal place of business is in Harris County, Texas.

## THE PARTIES

5.    Plaintiff GABRIELA CABARCAS is an individual residing in Fort Bend County, Texas.

6.    Plaintiff GABRIELA CABARCAS was employed by Defendants from August 16, 2025 through December 17, 2025, as a customer service representative at a salaried rate of $42,000 per year.

7.    Defendant JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS is a limited liability company formed and existing under the laws of the State of Texas.

8.    Defendant JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS imports and sells furniture and is an employer as defined by 29 U.S.C. § 203(d).

9.    Defendant JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS has employees subject to the provisions of 29 U.S.C. § 206 in the facility where Plaintiff was employed.

10.    At all times material to this complaint, JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS employed two or more employees and had an annual dollar volume of sales or business done of at least $500,000.00.

11.     At all times material to this complaint, Defendant JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS was an enterprise engaged in interstate commerce, operating a business engaged in commerce or in the production of goods for commerce as defined by § 3(r) and 3(s) of the Act, 29 U.S.C. §§ 203(r)-(s).

12.     At all times material to this complaint, Defendant JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS employed workers who utilized, handled and otherwise worked with materials and equipment, some of which have been moved in or produced for interstate commerce by persons outside the state of Texas.

13.     Defendant ZEESHAN ALI is an individual residing in Harris County, Texas.

14.     During Plaintiff's employment with Defendants, ZEESHAN ALI, (1) possessed the power to hire and fire the employees, (2) supervised and controlled employee work schedules or conditions of employment, (3) determined the rate and method of payment, and (4) maintained employment records. Defendant ZEESHAN ALI personally supervised Plaintiff and determined her rate of pay and job duties. Defendant ZEESHAN ALI was directly responsible for handling and approval of payroll for Defendant JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS.

15.     At all times material to this Complaint, Defendants were the employers of Plaintiff, and as a matter of economic reality, Plaintiff was dependent upon Defendants for her employment.

### VIOLATION OF THE OVERTIME PROVISIONS OF THE FAIR LABOR STANDARDS ACT

16.     Throughout the employment of Plaintiff, Defendants repeatedly and willfully

violated Sections 7 and 16 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times her regular rate of pay for each hour worked in excess of 40 in a workweek.

17.     The standard work schedule for the Plaintiff required her to work in excess of 40 hours in a workweek on a regular and recurring basis during numerous workweeks. Plaintiff regularly worked a schedule of six days per week for a minimum total of 47.5 hours a week, but was not paid time and one-half of her regular rate for hours worked over 40 during the workweek.

18.     Defendants' practice of not properly paying overtime to Plaintiff was willful.

19.     Defendants either knew about or showed reckless disregard for the matter of whether their conduct was prohibited by the FLSA and failed to act diligently with regard to their obligations as an employer under the FLSA.

20.     As a result of Defendants' unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime which was not paid but should have been paid.

21.     Defendants failed to act reasonably to comply with the FLSA, and so Plaintiff is entitled to an award of liquidated damages in an equal amount as the amount of unpaid wages deemed to be owed pursuant to 29 U.S.C. § 216(b).

22.     Plaintiff is also entitled to an award of reasonable and necessary attorneys' fees, costs, expert fees, mediator fees and out-of-pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure.

4

WHEREFORE, PREMISES CONSIDERED, Plaintiff, GABRIELA CABARCAS, demands Judgment against Defendants, JENNA ENTERPRISES LLC d/b/a NEW ERA INNOVATIONS and ZEESHAN ALI, jointly and severally liable, for the following:

a.      Unpaid overtime wages found to be due and owing;

b.      An additional amount equal to the amount of overtime wages found to be due and owing as liquidated damages;

c.      Prejudgment interest in the event liquidated damages are not awarded;

d.      Reasonable attorneys' fees, costs, expert fees, mediator fees and out of pocket expenses incurred by bringing this action pursuant to 29 U.S.C. § 216(b) and Rule 54(d) of the Federal Rules of Civil Procedure; and,

e.      For any such other relief as the Court may find proper, whether at law or in equity.

## JURY TRIAL DEMAND

Plaintiff, GABRIELA CABARCAS, demands a jury trial on all issues so triable.

Respectfully submitted this May 18, 2026.

**ROSS SCALISE BEELER AND PILLISCHER LAW GROUP**

**Charles L. Scalise, Attorney-in-Charge**
Texas Bar No. 24064621
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF**

5